**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2285**

MARTY R. FERGUSON,

             Plaintiff - Appellant,

       v.

DOMINQUE DOE FAULKNER,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:08-cv-02856-RDB)

Submitted:  January 26, 2009      Decided:  February 11, 2009

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marty R. Ferguson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marty R. Ferguson appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Ferguson v. Faulkner, No. 1:08-cv-02856-RDB (D. Md. Oct. 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED